806 A.2d 1258

**MERIDIAN BANK**

v.

**Ralph R. PISANI and Bucks County Bank,**

**Petition of Ralph R. Pisani.**

Supreme Court of Pennsylvania.

Sept. 18, 2002.

Christopher P. Lagay, Stief, Waite, Gross, Sagoskin & Gilman, P.C., Clyde William Waite, Barry L. Gross, Newton, for Pisani et al., Petitioners.

Joan Ruth Sheak, Duane Morris & Heckscher, L.L.P.; Renee Lynne Ferretti, Brown, Brown, Solt & Ferretti, Allentown, for Meridian Bank, Respondent.

Jeffry William Duffy, Stevens & Lee, P.C., Reading, for Corestate Bank, N.A., Respondent.

PETITION FOR ALLOWANCE OF APPEAL FROM
THE ORDER OF SUPERIOR COURT.

## *ORDER*

PER CURIAM:

**AND NOW,** this 18th day of September, 2002, it is ordered by this Court that the Petition for Allowance of Appeal is **GRANTED.** It is also ordered that the order of the Superior Court dismissing Petitioner's claim is **REVERSED,** based on *Pantuso Motors Inc. v. Corestates Bank, N.A.,* 568 Pa. 601, 798 A.2d 1277, 2002 WL 1338082 (2002), and that this case is **REMANDED** to the Court of Common Pleas of Bucks County for further proceedings on Respondent's remaining affirmative defenses. Also, the Application for Consolidation filed by Ralph R. Pisani is **DENIED.**